UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA OROZCO,<br><br>             Plaintiff,<br><br>v.<br><br>GRUMA CORPORATION,<br><br>             Defendant. | Case No. 1:20-cv-01293-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 22) |

On July 13, 2022, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 22). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.[1] Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 14, 2022**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that this case was appealed and assigned Case No. 21-16947. (ECF Nos. 19, 20). That appeal was voluntarily dismissed by Plaintiff (Appellant on appeal) on July 13, 2022, with the order stating, "A copy of this order shall serve as and for the mandate of this court." (ECF No. 23).

1